NUMBER 13-02-196-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

___________________________________________________________________

 

STRONG
HOLD CONSTRUCTION AND 

P. ARMANDO GUTIERREZ,                                                   Appellants,

 

                                                   v.

 

EL
CLAVO SALES, L.P. D/B/A EL CLAVO LUMBER,                   Appellee.

___________________________________________________________________

 

                        On appeal from the 107th District Court 

                                 of Cameron
County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellants, STRONG HOLD CONSTRUCTION AND P. ARMANDO GUTIERREZ,
perfected an appeal from a judgment entered by the 107th
District Court of Cameron County, Texas, in cause number 2000-11-4583-A.   After the
notice of appeal was filed, the parties filed a joint motion to reverse and
remand. 

The Court, having examined and fully considered the documents on file
and  the parties= joint motion, is of
the opinion that the motion should be granted. 
The joint motion is granted, and the judgment of the trial court is
hereby REVERSED and the cause is REMANDED to the trial court in accordance with
the parties= agreement.  

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 30th
day of May, 2002.